IN THE UNITED STATES COURT OF APPEALS

                        FOR THE ELEVENTH CIRCUIT

                        _____

                               No. 95-3255
                        _____

DAVID M. ARMSTRONG, L. BENSON BARGER,
WALLACE D. BLACK, HOWARD BROOKS,
JERRY A. BUDD, SONJA M. CARTER,
DOMINICK C. CIZER, CAROL D. CLARK-ILEY,
CHARLES H. DAVIS, KENNETH O. GIESSUEBEL,
HEROLD P. GLASER, ROBERT A. HAVLISH,
KUMAR HINDUJA, JOSEPH C. JETT,
GLENN E. JOHNSON, ROBERT C. LERCHE,
CALVIN N. LIGHTNER, GEORGE W. MCGUIRK,
JAMES W. MCLEAN, WILLIAM G. MURPHY,
DONALD L. PRASKY, CLARK C. RAINS,
KENNETH A. RICHARDS, RUSSELL G. ROBERTS,
LINDA L. RYAN, VICTOR W. SHAW, LINTON W. SMITH,
MICHAEL SYLVESTRI, MARLON K. TARTER,
DELBERT S. TURNER, EDWARD W. WALSH,
JOSEPH W. WILLIAMSON,

                                        Plaintiffs-Appellants,

CONSTANTINO A. BARBITTA, JAMES R. BAXTER,
ROBERT D. BIGGS, JAMES H. BLACK,
RICK L. BORDNER, RODMOND M. COOKSON,
DAVID B. POOL, ROGER A. PURCELL,
RAMA S. SINGH, CHARLES M. SMITH,
ROBERT G. SWANSON, WILLIAM F. WALDROP,
KENNETH E. WELCH,

                                        Plaintiffs,

                    versus

MARTIN MARIETTA CORP.,
MARTIN MARIETTA TECHNOLOGIES, INC.,

                                        Defendants-Appellees.

                -------------------------

        Appeal from the United States District Court
            for the Middle District of Florida

                -------------------------
                    (February 18, 1997)
Before HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX,
BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.

B Y   T H E   C O U R T :

A member of this court in active service having requested a

poll on the appellees' Suggestion of Hearing En Banc and a majority of the judges in this court in active service having voted in favor thereof,

IT IS ORDERED that the above cause shall be heard by this

court sitting en banc.